UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY R. TURNER, 103312,<br><br>Petitioner,<br><br>v.<br><br>JULIA CAMPINS, et al.,<br><br>Respondent. | Case No. 25-cv-02160-CRB (PR)<br><br>**ORDER OF DISMISSAL**<br><br>(ECF No. 2) |

On March 3, 2025, petitioner filed a <u>pro se</u> petition for a writ of habeas corpus under 28 U.S.C. § 2254. The court notified petitioner in writing at that time that the action was deficient because petitioner did not pay the requisite $5.00 filing fee or, instead, submit a signed and completed court-approved <u>in forma pauperis</u> (IFP) application, including a completed certificate of funds in the prisoner's account and a copy of the prisoner's trust account statement for the last six months. <u>See</u> 28 U.S.C. § 1915(a)(2). Petitioner was advised that failure to file the requested items within 28 days would result in dismissal of the action.

To date, petitioner has not provided the court with the requisite items or sought an extension of time to do so. Petitioner's incomplete IFP application (ECF No. 2) is DENIED, and the action is DISMISSED without prejudice.

The clerk is instructed to close the case.

**IT IS SO ORDERED**.

Dated: August 13, 2025

CHARLES R. BREYER
United States District Judge